| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 6:20-CR-00097-JCB |
| | § |
| v. | § |
| | § |
| | § |
| | § |
| SHAWN CARL GAITAN | § |

## WAIVER OF DETENTION HEARING

I, SHAWN CARL GAITAN, charged in a(n) Indictment pending in this District with Violation of 21 U.S.C. § 846, and having appeared before the court and been advised of my rights as required by Title 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

Date: 3-5-21

_____
Defendant

_____
Counsel for Defendant