UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00097-1

**United States of America**

v.

**Shawn Carl Gaitan**

## ORDER

This criminal action was referred to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 274. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty of a violation of 21 U.S.C. § 846. *Id.* at 2. The parties have not objected to the magistrate judge's findings.

The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge with the following amendment to page one. The word "information" is removed and replaced by the word "indictment." *Id.* at 1. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Shawn Carl Gaitan guilty of count one of the indictment, charging a violation of 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance (Methamphetamine).

*So ordered by the court on October 6, 2021.*

J. CAMPBELL BARKER
United States District Judge